797.2. *Kemp, Klein, Endelman & Ralls* for plaintiffs. *Keifer, Allen & Cavanagh* for defendant.

KAVANAGH, C.J., and FITZGERALD and BLAIR MOODY, JR., JJ., would grant the request.

*In re* CERTIFIED QUESTION FROM THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT (ABORTION COALITION OF MICHIGAN, INC V MICHIGAN DEPARTMENT OF PUBLIC HEALTH). (Docket No. 61731.) The certified question is considered and the Court respectfully declines to respond to the question because the interpretation of the Michigan statute is so closely intertwined with a Federal constitutional question that it is not likely that the issue could be definitively decided by this Court purely as a matter of state law under the procedure provided in GCR 1963, 797.2. *Lucas & Stoltz* for plaintiffs-appellants. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Milton I. Firestone* and *Frank J. Pipp,* Assistants Attorney General, for defendants-appellees.

AUGUST 30, 1978

AMATO V OXFORD AREA COMMUNITY SCHOOL DISTRICT No. 7. (Docket No. 58951.) Rehearing denied. *Foster, Swift, Collins & Coey, P.C.,* for plaintiff-appellee. Reported at 402 Mich 521.

WILLIAMS and BLAIR MOODY, JR., JJ., would grant rehearing.

DEZIEL V DIFCO LABORATORIES, INC (AFTER REMAND) and MACKENZIE V FISHER BODY DIVISION, GENERAL MOTORS CORPORATION. (Docket Nos. 54825, 55072.) Rehearing denied. *Kelman, Loria, Downing, Schneider & Simpson,* for plaintiff-appellant Deziel. *LeVasseur, Mitseff, Egan & Capp, P.C.,* for defendants-appellees Difco Laboratories, Inc. and Michigan Mutual Liability Company. *Plunkett, Cooney, Rutt, Watters, Stanczyk & Pedersen, Otis M. Smith,* General Counsel, *Thomas W. Watkins,* and *William J. Kemp,* for defendant-appellee General Motors Corporation. *Conklin, Benham, McLeod, Ducey & Ottaway, P.C.,* for Michigan Self-Insurers Association, and *Sinas, Dramis, Brake, Turner, Boughton, McIntyre & Reisig, P.C.,* for Michigan State Chamber of Commerce as amici curiae. Reported at 403 Mich *ante,* p 1.

COLEMAN, FITZGERALD, and RYAN, JJ., would grant rehearing.